JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
jwhitmire@whitmirelawnv.com
WHITMIRE LAW, PLLC
10785 W. Twain, Suite 226
Las Vegas, Nevada  89135
Telephone:    702-846-0949
Facsimile:     702-727-1343
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CUSHMAN & WAKEFIELD U.S., INC., a Missouri corporation, d/b/a Cushman & Wakefield;<br><br>　　Plaintiff,<br><br> vs.<br><br>3351 and 3371 N BUFFALO OWNER LLC, a Delaware limited liability company,<br><br>　　Defendant. | Case No.: 2:25-cv-00631-MDC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING IN CONNECTION WITH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

　　The parties, by and through their counsel of record, hereby submit this Stipulation and Order Extending Time for Briefing in Connection with Plaintiff's Motion for Summary Judgment.

　　1.　Plaintiff filed a Motion for Summary Judgment ("Motion") on August 25, 2025 [ECF No. 25].

　　2.　Defendant's Response to the Motion is presently due on September 8, 2025.

　　3.　The parties agree that Defendant shall have up to and including September 18, 2025 to file a Response to the Motion.  This is a ten (10) day extension of time.

　　4.　The parties further agree that Plaintiff shall have up to October 6, 2025 to file a Reply to Defendant's Response to the Motion.  This is an eleven (11) day extension of time from the seven day response time per local rule.

1

5. This stipulation is being submitted for good cause and not for the purposes of delay. This extension is sought in light of the fact that Defendant's representative was on vacation leading up to Labor Day, Defendant's counsel is out of town much of this week, Plaintiff's counsel is handling various personal matters, and the workload of counsel. The extensions sought are not for purposes of undue delay and no prejudice will occur if such extensions are granted.

**IT IS SO AGREED AND STIPULATED:**

Dated this 2nd day of September, 2025.

| **LAW OFFICE OF MITCHELL D. STIPP** | **WHITMIRE LAW, PLLC** |
|---|---|
| */s/ Mitchell D. Stipp* | */s/ James E. Whitmire* |
| MITCHELL D. STIPP, ESQ. | JAMES E. WHITMIRE, ESQ. |
| mstipp@stipplaw.com | jwhitmire@whitmirelawnv.com |
| Nevada Bar No. 7531 | Nevada Bar No. 6533 |
| 1180 N. Town Center Drive, Ste 100 | 10785 West Twain, Ste. 226 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89135 |
| Telephone: 702.602.1242 | Telephone: 702.846.0949 |
| Facsimile: 866.220.5332 | Facsimile: 702.727.1343 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/3/25