**LAW OFFICE OF MITCHELL STIPP, P.C.**
MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:  702.602.1242
mstipp@stipplaw.com
*Counsel for Plaintiff, Cushman & Wakefield U.S., Inc.*
*d/b/a Cushman & Wakefield*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CUSHMAN & WAKEFIELD U.S., INC., a Missouri corporation, d/b/a Cushman & Wakefield;<br><br>    Plaintiff,<br><br> vs.<br><br>3351 and 3371 N BUFFALO OWNER LLC, a Delaware limited liability company~~,~~<br><br>    Defendants. | Case No.: 2:25-cv-00631-MDC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR THE FILING OF PLAINTIFF'S REPLY IN CONNECTION WITH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

The parties, by and through their counsel of record, hereby submit this Stipulation and Order Extending Time for the filing of Plaintiff's Reply in Connection with Plaintiff's Motion for Summary Judgment.

1. Plaintiff filed a Motion for Summary Judgment ("Motion") on August 25, 2025 [ECF No. 25].

2. The parties first agreed to extend the briefing in connection with the Motion by stipulation and order filed and entered on September 3, 2025 [ECF No. 28].

3. Defendant filed its Response to the Motion on September 18, 2025 [ECF No. 29].

4. Pursuant to the stipulation and order described in Paragraph 2 above, the parties agreed that Plaintiff would have up to October 6, 2025, to file a Reply to Defendant's Response to

1

1  the Motion.

2      5.   This stipulation is being submitted for good cause and not for the purposes of delay

3  tactics.  This extension is sought because Plaintiff's representatives have been unavailable to

4  review Defendant's Response to the Motion and assist Plaintiff's counsel with preparation of its

5  Reply.  No prejudice will occur if such extension is granted.

6      6.   Therefore, the parties now stipulate that Plaintiff shall have until October 13, 2025,

7  to file its Reply to Defendant's Response to the Motion.

    **IT IS SO AGREED AND STIPULATED:**

    Dated this 1st day of October, 2025.

    | **LAW OFFICE OF MITCHELL D. STIPP** | **WHITMIRE LAW, PLLC** |
    |---|---|
    | /s/ Mitchell Stipp | /s/ James Whitmire (with permission)[1] |
    | MITCHELL D. STIPP, ESQ. | JAMES E. WHITMIRE, ESQ. |
    | mstipp@stipplaw.com | jwhitmire@whitmirelawnv.com |
    | Nevada Bar No. 7531 | Nevada Bar No. 6533 |
    | 1180 N. Town Center Drive, Ste 100 | 10785 West Twain, Ste. 226 |
    | Las Vegas, NV 89144 | Las Vegas, Nevada 89135 |
    | Telephone:  702.602.1242 | Telephone:  702.846.0949 |
    | *Attorney for Plaintiff* | *Attorney for Defendants* |

    **IT IS SO ORDERED:**

    _____
    UNITED STATES MAGISTRATE
    JUDGE

    DATED: 10-2-25

---

[1] See Attached Emails exchanged by and between counsel for the parties.