**LAW OFFICE OF MITCHELL STIPP, P.C.**
MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:  702.602.1242
mstipp@stipplaw.com
*Counsel for Plaintiff, Cushman & Wakefield U.S., Inc.*
*d/b/a Cushman & Wakefield*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CUSHMAN & WAKEFIELD U.S., INC., a Missouri corporation, d/b/a Cushman & Wakefield; <br><br> Plaintiff, <br><br> vs. <br><br> 3351 and 3371 N BUFFALO OWNER LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.:  2:25-cv-00631-MDC <br><br> **STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

The parties, by and through their undersigned counsel of record, hereby submit this Stipulation requesting that the Court dismiss this case with prejudice.  Therefore, the parties stipulate and agree:

1.      The case concerned the dispute over the amount of a commission purportedly due Plaintiff from Defendant because of the sale of Defendant's property to Clark County (the "Commission Dispute").

2.      The parties by and through their attorneys dismiss all claims, remedies, causes of action, affirmative defenses, and counterclaims that have been or could have been asserted in this case and release and discharge each other from any losses, harm and damages arising therefrom.

1

Each party, on behalf of themselves and their respective representatives deny all allegations of misconduct, violations of ethical or professional standards, violations of law or regulations, self-dealing, breaches of fiduciary duties (including loyalty), and dishonesty. There are no admissions of wrongdoing by either party or their representatives.

3.    The parties executed and delivered supplemental escrow instructions on or about November 21, 2024, pursuant to which the parties agreed for Fidelity National Title Group ("Escrow Agent") to close the escrow (Escrow No. 42056238-420-KAH) for the sale by Defendant of its property to Clark County and to withhold $274,400.00 from proceeds due Defendant from the sale to pay a commission to Plaintiff ("Escrowed Funds").

4.    The Escrowed Funds were deposited by Escrow Agent into a savings account with interest accruing for the benefit of Defendant.  Escrow Agent agreed not to disburse Escrowed Funds without a written agreement of the parties or an order of the Court.

5.    The parties agreed that Escrow Agent disburse $197,500.00 of the Escrowed Funds to the Law Office of Mitchell Stipp, P.C. f/b/o Plaintiff.

6.    Any remaining Escrowed Fund and any interest thereon after disbursing the funds as set forth in Section 5 above have been disbursed to Defendant.

7.    The parties by and through their attorneys waive any right to appeal or set aside this Stipulation as entered as an Order of the Court under FRCP 60 or any other provision at law or equity. This Stipulation when entered as an Order of the Court shall be a final judgment. Further, the parties by and through their attorneys, waive notice of entry of the Stipulation and Order.

8.    Each of the parties shall be responsible for the payment of its attorney's fees and costs arising from this case (including the Commission Dispute).

9.    Trial has not been scheduled in this matter.  However, all written discovery served

2

and depositions noticed are withdrawn.

**IT IS SO STIPULATED:**

Dated this 22 day of April, 2026.

**LAW OFFICE OF MITCHELL D. STIPP**        **WHITMIRE LAW, PLLC**

/s/ Mitchell Stipp                          /s/ James Whitmire (with permission)

MITCHELL D. STIPP, ESQ.                     JAMES E. WHITMIRE, ESQ.
mstipp@stipplaw.com                         jwhitmire@whitmirelawnv.com
Nevada Bar No. 7531                         Nevada Bar No. 6533
1180 N. Town Center Drive, Ste 100          10785 West Twain, Ste. 226
Las Vegas, Nevada 89144                     Las Vegas, Nevada 89135
Telephone:  702.602.1242                    Telephone:  702.846.0949
*Attorney for Plaintiff*                    *Attorney for Defendant*

**IT IS SO ORDERED:**

UNITED STATES
MAGISTRATE JUDGE

DATED: 4-24-26

3